UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONNIE LYNN MADRAY and
MELODY HOLDEN,

    Plaintiffs,

vs.

PUBLIX SUPER MARKETS, INC., a
Florida corporation and RONALD SELPH,
as an agent of Publix and individually,

    Defendants.
_____/

CASE NO.: 96-14235 CIV

JUDGE: NORMAN C. ROETTGER

**PLAINTIFFS' LOCAL RULE 16.1(B) NOTICE OF COMPLIANCE**

Plaintiffs, CONNIE LYNN MADRAY ("MADRAY") and MELODY HOLDEN ("HOLDEN"), by and through their undersigned counsel, hereby state that this is their Local Rule 16.1(B) Notice of Compliance.

**I.**    **Meeting Of Counsel:**

The undersigned has notified counsel for defendants pursuant to Local Rule 16.1(B)(8). As of this date, no response has been received from counsel for defendants. Plaintiffs anticipate that the required meeting will proceed soon following which a Scheduling Report Of Scheduling Meeting and Joint Proposed Scheduling Order will be submitted to the Court.

**II.**    **List Of Witnesses:**

The following individuals are presently believed to have knowledge of the facts supporting the material allegations of plaintiffs.

1. Connie Lynn Madray (Plaintiff);
2. Melody Holden (Plaintiff);
3. Ronald Selph (Defendant; Publix Employee);
4. Richard Rhodes (Publix Employee);
5. David Schriber (Publix Employee);
6. Gary Priest (Publix Employee);
7. James Minor (Publix Employee);
8. David Neff (Publix Employee);
9. Alfred Keller (Publix Employee);

10. Tim Maloney (Publix Employee);
11. Gary Morgan (Publix Employee);
12. George Melton (Publix Employee);
13. Lisa Fralix (Former Publix Employee);
14. Jim Jenkins (Publix Employee);
15. Earl Newbourne (Publix Employee);
16. Maria Chesser (Publix Employee);
17. Darlene Clark (Publix Employee);
18. Lori Ramsy (Publix Employee);
19. Pam Vasquez (Publix Employee);
20. Edna Hickman (Publix Employee);
21. Anita Dubel (Publix Employee);
22. Steven C. Lafferty (Publix Employee);
23. Unidentified Coca-Cola Vendor;
24. Dr. Berger (Re Holden);
25. Dr. Ali (Re Holden);
26. Spouse of Connie Madray;
27. Spouse of Melody Holden; and
28. Others to be identified during discovery.

III. **List Of Documents and Other Evidence (Copies Available Upon Request):**

1. Publix Retail Associate Progress Evaluation, 8/1/96, Re Holden, 1 page.
2. Booklet, "What You May Expect From Publix ... And More", 35 pages.
3. Book, "Your Benefits Handbook", 164 pages.

GUY BENNETT RUBIN, ESQ.
Florida Bar No. 691305
STUART M. ADDRESS, ESQ.
Florida Bar No. 989606
Attorneys for Plaintiff
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(561) 283-2004
(561) 283-2009 fax

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to David S. Shankman, Esquire., 205 Brush Street, P.O. Box 1427, Tampa, Florida 33601; this 2nd day of December 1996.

GUY BENNETT RUBIN, ESQ.
Florida Bar No. 691305
STUART M. ADDRESS, ESQ.
Florida Bar No. 989606
Attorneys for Plaintiff
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(561) 283-2004
(561) 283-2009 fax