UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONNIE LYNN MADRAY and
MELODY HOLDEN
    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,
a Florida corporation, and RONALD
SELPH,
    Defendant.

Case No. 96-14235-CIV
(Roettger, J.)

FILED by _____ D.C.
96 DEC 12 PM 2:07
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FTL

### SCHEDULING REPORT OF SCHEDULING MEETING

Pursuant to S. D. Fla. L. R. 16.1.A.7, Plaintiffs Connie Lynn Madray and Melody Holden ("Plaintiffs") and Defendants Publix Super Markets, Inc. and Ronald Selph ("Defendants") file the following scheduling report:

**A.  DETAILED SCHEDULE OF DISCOVERY FOR EACH PARTY**

    1. Defendants and Plaintiffs intend to commence discovery as soon as possible. The parties agree to exchange all documents pursuant to requests to produce, subject to objections to the disclosure of documents, and to submit written interrogatories and requests for admissions which conform to the Local Rules of this Court.

    2. The parties agree to exchange witness lists and all other evidence pursuant to written requests during discovery.

    3. Plaintiff shall disclose all experts 90 days prior to the discovery cut-off and Defendants will disclose all experts 60 days prior to the discovery cut-off.

**B.  DISCUSSION OF LIKELIHOOD OF SETTLEMENT**

At this point, settlement appears unlikely.

2

### C. DISCUSSION OF COMPLEX NATURE OF CASE

The parties believe that this is not a complex case requiring any of the procedures in the Manual on Complex Litigation.

### D. DISCUSSION OF LIKELIHOOD OF APPEARANCE IN THE ACTIONS OF ADDITIONAL PARTIES

The parties believe that the appearance of additional parties in this action is unlikely; however, the parties reserve the right to join additional parties through the deadline imposed by this Court.

### E. PROPOSED LIMITS ON TIME

1. The parties propose that a deadline for joining other parties and amending the pleadings to be 45 days after the date of the entry of the Scheduling Order in this case.

2. The parties propose that the deadline for completing discovery be August 29, 1997.

3. The parties propose that the deadline for filing dispositive motions be October 17, 1997.

### F. PROPOSALS FOR THE FORMULATION AND SIMPLIFICATION OF ISSUES, INCLUDING THE ELIMINATION OF FRIVOLOUS CLAIMS OR DEFENSES

At this point, the parties have no proposals other than the consideration of dispositive motions.

### G. THE NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS

At this point, the parties are not aware of any need to amend the pleadings; however, the parties reserve the right to amend the pleadings through the deadline imposed by this Court.

3

### H.    POSSIBILITY OF OBTAINING ADMISSIONS OF FACT AND OF DOCUMENTS TO AVOID UNNECESSARY PROOF AND THE NEED FOR ADVANCE RULINGS FROM THE COURT

As of yet, the parties have not reached any stipulations of fact or any issues concerning the admissibility of any evidence.

### I.    SUGGESTIONS FOR THE AVOIDANCE OF UNNECESSARY PROOF AND OF CUMULATIVE EVIDENCE

At this point, the parties are unaware of any suggestions of this type.

### J.    SUGGESTIONS ON THE ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE OR MASTER

The parties do not consent to trial by a Magistrate Judge or a Special Master. The parties do not object to referral of pretrial matters to either a Magistrate Judge or a Special Master.

### K.    PRELIMINARY ESTIMATE OF THE TIME REQUIRED FOR TRIAL

Plaintiff and Defendant estimate the trial in this case will require 2 to 3 days.

### L.    REQUESTED DATE OR DATES FOR CONFERENCES BEFORE TRIAL, FINAL PRE-TRIAL CONFERENCE AND TRIAL

The parties agree that the anticipated dispositive motion for summary judgment of Defendant should be decided prior to setting this case for pre-trial conference and trial in order to conserve the time and resources of the Court and the parties in preparing for trial while potentially dispositive motions are still pending.

### M.    ANY OTHER INFORMATION THAT MIGHT BE HELPFUL TO THE COURT IN SETTING THE CASE FOR STATUS OR PRE-TRIAL CONFERENCE

The parties are unaware of any such information at this point.

4

Respectfully submitted,

RUBIN & RUBIN

Guy Bennett Rubin
STUART M. ADDRESS
FBN 989606
Florida Bar No. 093938
P.O. Box 395
Stuart, Florida 34995
(407) 283-2004

Respectfully submitted,

ALLEY and ~~ALLEY/FORD~~ & HARRISON

Robert D. Hall, Jr. P.A., Partner
Florida Bar No. 186760
David S. Shankman
Florida Bar No. 940186
P.O. Box 1427
Tampa, Florida 33601
(813) 229-6481

F:\WP\CL\PUBLIX\MADRAY\SCHED.AWL