

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

GRANTED until _____ DENIED

*N C Roettger*
UNITED STATES DISTRICT JUDGE
Norman C. Roettger
Date: 21 Oct 97

CONNIE LYNN MADRAY and
MELODY HOLDEN,

 Plaintiffs,

vs.

PUBLIX SUPER MARKETS, INC.
a Florida Corporation, and RONALD
SELPH,

 Defendants.

Case No. 96-14235-CIV-ROETTGER
Magistrate Judge Lynch

COPY FOR JUDGE

FILED 97 SEP 29 AM 10:06

## UNOPPOSED MOTION OF DEFENDANT
## PUBLIX SUPER MARKETS, INC. FOR EXTENSION OF
## TIME TO DESIGNATE EXPERTS
## AND MEMORANDUM IN SUPPORT

Defendant Publix Super Markets, Inc. ("Publix") moves this Court, pursuant to the Federal Rules of Civil Procedure for an Order extending the time in which Publix has to disclose expert witnesses for thirty days from the date Publix receives Plaintiffs' complete expert witness reports. This extension is necessary because Publix has not received complete expert witness reports from Plaintiffs for all of Plaintiffs' proposed expert witnesses. Publix has consulted with Plaintiffs' counsel, who has agreed this extension of time. The discovery cutoff for this case is November 27, 1997, and the dispositive motion deadline is January 15, 1998. This case has not been set for trial, thus, neither party would be prejudiced by the granting of this Motion.

45