UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CONNIE LYNN MADRAY and
MELODY HOLDEN,

    Plaintiffs,

vs.

PUBLIX SUPER MARKETS, INC.
a Florida Corporation, and RONALD
SELPH,

    Defendants.

Case No. 96-14235-CIV-ROETTGER
Magistrate Judge Lynch

**INDEX OF DOCUMENTS IN SUPPORT OF DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT
(VOLUME I OF II)**

**VOLUME I**

    **I.  Deposition Transcripts:**

        Exhibit    1:    Excerpts from Deposition Transcript of Plaintiff Connie Lynn Madray dated September 3, 1997 ("Madray Dep. p. ___").

        Exhibit    2:    Excerpts from Deposition Transcript of Plaintiff Melody Holden dated September 2, 1997 ("Holden Dep. p. ___").

**VOLUME II**

    **II.  Declarations:**

        Exhibit    3:    Declaration of Richard Rhoads ("Rhoads Decl. ¶ ___").

    **III.  Exhibits:**

        Exhibit    4:    Publix' Open Door Policy, Sexual Harassment and Human Resources

ALLEY AND ALLEY
FORD & HARRISON LLP

Exhibit 5: Notice of Charge of Discrimination for Connie Madray and Melody Holden.

Exhibit 6: Complaint Form submitted to Publix by Holden.

Exhibit 7: Complaint Form submitted to Publix by Madray.

## VOLUME III

IV. **Cases:**

Exhibit 8: Joseph v. Publix Super Markets, Inc., Slip Op. No. 95-152-Civ-Atkins, 1997 U.S. Dist. LEXIS 17851 (S.D. Fla. August 29, 1997) (Atkins, J.).

Exhibit 9: Guy v. Day Products, Inc., Slip Op. No. 94-1699, 1995 U.S. Dis. LEXIS 17620 (E.D. Pa. November 29, 1995.

Exhibit 10: Weaver v. Florida Power & Light, 1996 U.S. Dist. LEXIS 13403, 10 Fla. Law W. Fed. D205, Slip Op. 95-8519-Civ-Ryskamp (S.D. Fla. 1996).

Exhibit 11: Click v. Tire Kingdom, Inc., Slip Op. No. 94-1164-Civ-Nesbitt (S.D. Fla. 1996).

Exhibit 12: Hutcheson v. TJX Companies, Inc., Slip. Op. No. 97-6379-Civ-Hurley (S.D. Fla. December 22, 1997).

Exhibit 13: Haq v. United Airlines, Inc., 1996 U.S. Dist. LEXIS 21043, Slip Op. No. 93-2248-Civ-Marcus (S.D. Fla. April 16, 1966).

Respectfully submitted,

ALLEY and ALLEY/FORD & HARRISON LLP

By: *[signature]*
John-Edward Alley, P.A., Partner
Florida Bar No. 093938
Amy W. Littrell
Florida Bar No. 988529

For the Firm

205 Brush Street
Post Office Box 1427
Tampa, Florida 33601
Telephone: (813) 229-6481
Facsimile: (813) 223-7029

OF COUNSEL:

ALLEY and ALLEY/FORD & HARRISON LLP
516 Ingraham Building
25 Southeast Second Avenue
Miami, Florida 33131
Telephone: (305) 379-3811
Facsimile: (305) 358-5933

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. First Class Mail upon:

Mr. Stuart M. Address
Rubin & Rubin
Post Office Box 395
Stuart, Florida 34995

and

Mr. William S. Reese
Lane, Reese, Aulick, Summers & Field, P.A.
2600 Douglas Road, Suite 304
Coral Gables, Florida 33134

on the 8th day of January, 1998.

_____
Attorney

/tlm/lmw
F:\WP\CL\PUBLIX\MADRAY\LITIGATE\INDEX.1

ALLEY AND ALLEY
FORD & HARRISON LLP

# ADDITIONAL ATTACHMENTS <u>NOT</u> SCANNED

PLEASE REFER TO COURT FILE