UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CONNIE LYNN MADRAY and
MELODY HOLDEN,

    Plaintiffs,

vs.

PUBLIX SUPER MARKETS, INC.
a Florida Corporation, and RONALD
SELPH,

    Defendants.

Case No. 96-14235-CIV-ROETTGER
Magistrate Judge Lynch

## INDEX OF DOCUMENTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
### (VOLUME II OF II)

**VOLUME I**

I. **Deposition Transcripts:**

    Exhibit 1: Excerpts from Deposition Transcript of Plaintiff Connie Lynn Madray dated September 3, 1997 ("Madray Dep. p. ___").

    Exhibit 2: Excerpts from Deposition Transcript of Plaintiff Melody Holden dated September 2, 1997 ("Holden Dep. p. ___").

**VOLUME II**

II. **Declarations:**

    Exhibit 3: Declaration of Richard Rhoads ("Rhoads Decl. ¶ ___").

III. **Exhibits:**

    Exhibit 4: Publix' Open Door Policy, Sexual Harassment and Human Resources

|  |  |  |
|---|---|---|
| Exhibit | 5: | Notice of Charge of Discrimination for Connie Madray and Melody Holden. |
| Exhibit | 6: | Complaint Form submitted to Publix by Holden. |
| Exhibit | 7: | Complaint Form submitted to Publix by Madray. |

**VOLUME III**

IV. **Cases:**

|  |  |  |
|---|---|---|
| Exhibit | 8: | Joseph v. Publix Super Markets, Inc., Slip Op. No. 95-152-Civ-Atkins, 1997 U.S. Dist. LEXIS 17851 (S.D. Fla. August 29, 1997) (Atkins, J.). |
| Exhibit | 9: | Guy v. Day Products, Inc., Slip Op. No. 94-1699, 1995 U.S. Dis. LEXIS 17620 (E.D. Pa. November 29, 1995. |
| Exhibit | 10: | Weaver v. Florida Power & Light, 1996 U.S. Dist. LEXIS 13403, 10 Fla. Law W. Fed. D205, Slip Op. 95-8519-Civ-Ryskamp (S.D. Fla. 1996). |
| Exhibit | 11: | Click v. Tire Kingdom, Inc., Slip Op. No. 94-1164-Civ-Nesbitt (S.D. Fla. 1996). |
| Exhibit | 12: | Hutcheson v. TJX Companies, Inc., Slip. Op. No. 97-6379-Civ-Hurley (S.D. Fla. December 22, 1997). |
| Exhibit | 13: | Haq v. United Airlines, Inc., 1996 U.S. Dist. LEXIS 21043, Slip Op. No. 93-2248-Civ-Marcus (S.D. Fla. April 16, 1966). |

ALLEY AND ALLEY
FORD & HARRISON LLP

Respectfully submitted,

ALLEY and ALLEY/FORD & HARRISON LLP

By: _____
John-Edward Alley, P.A., Partner
Florida Bar No. 093938
Amy W. Littrell
Florida Bar No. 988529


For the Firm

205 Brush Street
Post Office Box 1427
Tampa, Florida  33601
Telephone:  (813) 229-6481
Facsimile:   (813) 223-7029


OF COUNSEL:

ALLEY and ALLEY/FORD & HARRISON LLP
516 Ingraham Building
25 Southeast Second Avenue
Miami, Florida  33131
Telephone:  (305) 379-3811
Facsimile:  (305) 358-5933

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. First Class Mail upon:

Mr. Stuart M. Address
Rubin & Rubin
Post Office Box 395
Stuart, Florida 34995

and

Mr. William S. Reese
Lane, Reese, Aulick, Summers & Field, P.A.
2600 Douglas Road, Suite 304
Coral Gables, Florida 33134

on the 8th day of January, 1998.

_____
Attorney

/tlm/lmw
F:\WP\CL\PUBLIX\MADRAY\LITIGATE\INDEX.2

ALLEY AND ALLEY
FORD & HARRISON LLP

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE