UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CONNIE LYNN MADRAY and
MELODY HOLDEN,

    Plaintiffs,

vs.

PUBLIX SUPER MARKETS, INC.
a Florida Corporation, and RONALD
SELPH,

    Defendants.

Case No. 96-14235-CIV-ROETTGER
Magistrate Judge Lynch

FILED BY __ D.C.
98 MAR 30 AM 10:13
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FTL

## SUPPLEMENTAL INDEX OF DOCUMENTS IN SUPPORT OF DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

**I.   Deposition Transcripts:**

    Exhibit    1:    Excerpts from Deposition Transcript of Plaintiff Connie Lynn Madray dated September 3, 1997 ("Madray Dep. p. ___").

    Exhibit    2:    Excerpts from Deposition Transcript of Plaintiff Melody Holden dated September 2, 1997 ("Holden Dep. p. ___").

    Exhibit    3:    Excerpts from Deposition Transcript of Defendant Ronald Selph dated August 27, 1997 ("Selph Dep. p. ___").

**II.   Cases:**

    Exhibit    4:    <u>Joseph Oncale v. Sundowner Offshore Services, Inc., et al.</u>, Slip Op. No. 96-568, 1998 U.S. LEXIS 1599 (March 4, 1998).

ALLEY AND ALLEY
FORD & HARRISON LLP

Respectfully submitted,

ALLEY and ALLEY/FORD & HARRISON LLP

By: *[signature]*

John-Edward Alley, P.A., Partner
Florida Bar No. 093938
Amy W. Littrell
Florida Bar No. 988529

For the Firm

205 Brush Street
Post Office Box 1427
Tampa, Florida 33601
Telephone: (813) 229-6481
Facsimile: (813) 223-7029

OF COUNSEL:

ALLEY and ALLEY/FORD & HARRISON LLP
516 Ingraham Building
25 Southeast Second Avenue
Miami, Florida 33131
Telephone: (305) 379-3811
Facsimile: (305) 358-5933

**ALLEY AND ALLEY**
FORD & HARRISON LLP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. First Class Mail upon:

Christopher Sharp
Christopher Sharp, P.A.
1318 S.E. First Avenue
Fort Lauderdale, FL 33316

Erika Deutsch Rotbart
Rotbart & Deutsch, P.A.
21845 Powerline Road, Suite 201
Boca Raton, FL 33433

William S. Reese
Lane, Reese, Aulick, Summers & Field
2600 Douglas Road 304
Coral Gables, FL 33134

on the 26th day of March 1998.

_____
Attorney

/tlm
86203.1

ALLEY AND ALLEY
FORD & HARRISON LLP

# ADDITIONAL

# ATTACHMENTS

# NOT

# SCANNED

PLEASE REFER TO COURT FILE